JAP:MEG

**13 M 0603**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ANDRES FILIPE MORA LOPEZ,

    Defendant.

- - - - - - - - - - - - - -X

C O M P L A I N T

(T. 8, U.S.C. §§ 1326(a) and 1326(b)(1))

EASTERN DISTRICT OF NEW YORK, SS:

    MATTHEW LEW, being duly sworn, deposes and states that he is a Deportation Officer with United States Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

    On or about June 20, 2013, within the Eastern District of New York and elsewhere, the defendant ANDRES FILIPE MORA LOPEZ, being an alien who had previously been arrested and convicted of a felony, and was thereafter excluded and removed from the United States, and who had not made a re-application for admission to the United States to which the Secretary of the Department of Homeland Security, successor to the Attorney General of the United States, had expressly consented, was found in the United States.

    (Title 8, United States Code, Sections 1326(a) and 1326(b)(1)).

    The source of your deponent's information and the grounds for his belief are as follows:

    1.    I am a Deportation Officer with ICE and have been involved in the investigation of numerous cases involving the illegal re-entry of aliens. I am familiar with the

2

facts and circumstances set forth below from my participation in the investigation; my review of the ICE investigative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2. On or about June 20, 2013, members of the New York City Police Department ("NYPD") arrested the defendant in Queens County, New York.

3. A review of the defendant's criminal history indicates that on November 15, 2007 he was convicted of Attempted Burglary in the Second Degree, in violation of Section 140.25(2) of the New York State Penal Law, a felony offense. The defendant, a citizen of Colombia, was sentenced to eight months of incarceration on January 18, 2008. The defendant was removed from the United States on April 14, 2008.

4. The defendant's fingerprints were taken following his June 20, 2013 arrest. An official from ICE trained in fingerprint analysis compared the fingerprints taken in connection with the defendant's instant arrest with the fingerprints taken in connection with the defendant's November 15, 2007 conviction and April 14, 2008 removal, and determined that all three sets of fingerprints were made by the same individual.

5. A search of ICE records has revealed that there exists no request by the defendant for permission from either the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after removal.

3

WHEREFORE, your deponent respectfully requests that the defendant ANDRES FILIPE MORA LOPEZ, be dealt with according to law.

*Matthew Lew*
Matthew Lew
Deportation Officer
United States Immigration and Customs Enforcement

Sworn to before me this
11th day of July, 2013

, JR.
E